# IN THE SUPREME COURT OF THE STATE OF DELAWARE

DONALD WHALES,[1]

    Respondent Below,
    Appellant,

    v.

DEBBIE DEMARCO,

    Petitioner Below,
    Appellee.

§
§ No. 97, 2020
§
§ Court Below—Family Court
§ of the State of Delaware
§
§ File No.　　　CN04-07506
§ Petition Nos. 19-17524
§ 　　　　　　　 19-11817
§
§
§

Submitted: August 11, 2020
Decided: August 25, 2020

## **ORDER**

It appears to the Court that, on July 6, 2020, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Family Court appeal filing fee and transcript cost. Postal records show that the appellant received the notice to show cause on July 29, 2020, but he has not responded to the notice to show cause or paid the Family Court appeal filing fee and transcript cost. Dismissal of this action is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice